United States District Court
Eastern District of New York

_____

NOTICE OF
RELATED CASE

_____

The Civil Cover Sheet filed in civil action

____20____ CV ___148 (WFK)(JO)_____

indicated that this case is related to the following case(s):

_____19-cv-6486 (AMD)(CLP)_____

_____

_____