

Intellectual Property Law

| Partners | Founding Partners | Associates | Of Counsel |
|---|---|---|---|
| Daniel Ebenstein | Morton Amster (1927 - 2019) | Benjamin Charkow | Philip H. Gottfried |
| Neil M. Zipkin | Jesse Rothstein (1934 - 2003) | Suzue Fujimori | |
| Anthony F. Lo Cicero | | Hajime Sakai, Ph.D. | |
| Kenneth P. George | Senior Counsel | David P. Goldberg | |
| Chester Rothstein | Marion P. Metelski | Sandra A. Hudak | |
| Charles R. Macedo | Alan D. Miller, Ph.D. | Tuvia Rotberg | |
| Douglas A. Miro | Marc J. Jason | Dexter Chang | |
| Brian A. Comack | Richard S. Mandaro | Keith J. Barkaus | |
| Max Vern | Matthieu Hausig | Michael R. Jones | |
| Holly Pekowsky | Brian Amos, Ph.D. | Christopher Lisiewski | |
| Benjamin M. Halpern★ | | Albert J. Boardman | |
| Mark Berkowitz | | | ★ Not admitted in New York |
| Charles P. LaPolla | | | |

90 Park Avenue
New York NY 10016

Main    212 336 8000
Fax     212 336 8001
Web     www.arelaw.com

March 24, 2020

Mark Berkowitz
Direct 212 336 8063
E-mail mberkowitz@arelaw.com

<u>Via ECF</u>

The Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Energizer Brands, LLC v. My Battery Supplier, LLC*,
> Civil Action No. 1:19-cv-06486-AMD-CLP
> <u>Parties' Proposed Discovery Plan in the Event that Discovery Is Not Stayed</u>

Dear Judge Pollak:

We write on behalf of Plaintiff Energizer Brands, LLC ("Energizer") and Defendant My Battery Supplier ("MBS") in advance of the hearing on MBS's motion to stay discovery and the initial scheduling conference to be held telephonically tomorrow, March 25 at 10:30 a.m.

Pursuant to Your Honor's February 4, 2020 Order, the parties understand that, if no stay is granted during tomorrow's conference, the Court will proceed with setting all deadlines for discovery. Accordingly, the parties hereby submit their proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), in the event that MBS's stay request is denied.

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*s/ Mark Berkowitz*

Mark Berkowitz

cc: All Counsel of Record (via ECF)